■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR ACENCIO, Appellant. [782 NYS2d 656]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), dated June 17, 2003, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not deprived of his right to the effective assistance of trial counsel (*see People v Satterfield*, 66 NY2d 796 [1985]; *People v Baldi*, 54 NY2d 137 [1981]). "[T]o prevail on a claim of ineffective assistance, [the] defendant[ ] must demonstrate that [he was] deprived of a fair trial by less than meaningful representation; a simple disagreement with strategies, tactics or the scope of possible cross-examination, weighed long after the trial, does not suffice" (*People v Benevento*, 91 NY2d 708, 713 [1998] [internal quotation marks omitted]; *People v Flores*, 84 NY2d 184, 187 [1994]). The fact that counsel's strategy was unsuccessful does not render his assistance ineffective (*see People v Ryan*, 229 AD2d 623, 625 [1996], *affd* 90 NY2d 822 [1997]; *People v Baldi, supra,* at 146-147). Here, the defendant received meaningful representation. Santucci, J.P., Luciano, Schmidt and Rivera, JJ., concur.